FILED
2021 Mar-09 AM 10:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY D. EATON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 7:20-cv-00035-LSC |
| NATIONAL OLDER WORKER CAREER CENTER, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Anthony D. Eaton and defendant National Older Worker Career Center hereby stipulate that plaintiff's claims should be dismissed in their entirety with prejudice, with each party to bear their own fees and costs.

Respectfully submitted this 9th day of March, 2021.

PLAINTIFF:

_____
Mr. Anthony D. Eaton
180 County Road 120
West Greene, AL 35491
Devon840@bellsouth.net

ATTORNEY FOR DEFENDANT:

_____
Shannon L. Miller
Jackson Lewis P.C.
800 Shades Creek Parkway
Suite 870
Birmingham, AL 35209
shannon.miller@jacksonlewis.com

4843-9390-2302, v. 1