# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY D. EATON, ) | |
| ) | |
| Plaintiff, ) | 7:20-cv-00035-LSC |
| ) | |
| v. ) | |
| ) | |
| NATIONAL OLDER ) | |
| WORKER CAREER CENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

The Court acknowledges receipt of the parties' Joint Stipulation of Dismissal,
filed on March 9, 2021. This case is **DISMISSED WITH PREJUDICE,** and costs
are taxed as paid.

**DONE** and **ORDERED** on March 9, 2021.

L. Scott Coogler
United States District Judge

203323